UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 OCT 20 PM 2: 30

CLERK

BY AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:22-cr-117-1-2 |
| JOSE ALVAREZ and ) | |
| DAVID RODRIGUEZ-CRUZ, ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about September 16 and September 25, 2022, in the District of Vermont and elsewhere, the defendants JOSE ALVAREZ and DAVID RODRIGUEZ-CRUZ, conspired with each other, and others known and unknown to the Grand Jury, to commit alien smuggling by transporting and moving aliens within the United States, knowing or recklessly disregarding of the fact that the aliens had come to, entered, and remained in the United States in violation of law, and the transportation and movement would further such violation of law.

8 U.S.C. § 1324(a)(1)(A)(v)(I)

1

2

## COUNT TWO

On or about September 25, 2022, in the District of Vermont, the defendant, JOSE ALVAREZ, knowing and in reckless disregard of the fact that certain aliens—including W.M.-S. —had not received prior official authorization to come to, enter, or reside in the United States, brought and aided and abetted in bringing those aliens to the United States for the purpose of commercial advantage and private financial gain.

8 U.S.C. § 1324(a)(2)(B)(ii) & 18 U.S.C. § 2

## COUNT THREE

On or about September 25, 2022, in the District of Vermont, the defendant, JOSE ALVAREZ, knowing and in reckless disregard of the fact that certain aliens—including W.M.-S.—had come to, entered, or remained in the United States in violation of law, transported and moved, and attempted to transport and move, such aliens within the United States by means of transportation, in furtherance of such violation of law.

8 U.S.C. § 1324(a)(1)(A)(ii)

## COUNT FOUR

On or about September 25, 2022, in the District of Vermont, the defendant DAVID RODRIGUEZ-CRUZ, knowing and in reckless disregard of the fact that certain aliens—including A.P.-N.—had come to, entered, or remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States by means of transportation, in furtherance of such violation of law.

8 U.S.C. § 1324(a)(1)(A)(ii)

A TRUE BILL

███████████
FOREPERSON

_Nikolas P. Kerest_ (MPD/MJL)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
October 20, 2022